IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERSEN GABRIEL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DSM BIOMEDICAL, INC.** | : | **NO. 24-4546** |

## ORDER

**NOW,** this 6th day of August, 2025, upon consideration of Defendant DSM Biomedical, Inc.'s Motion for Summary Judgment (Doc. No. 69), the plaintiff's response, the defendant's reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that judgment is **ENTERED** in favor of the defendant DSM Biomedical, Inc. and against the plaintiff Gersen Gabriel.

_____
TIMOTHY J. SAVAGE, J.